IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>  v.<br>JONATHAN R. WILLIAMS,<br>     and<br>ANTHONY A. BARTOSZKIEWICZ,<br><br>               Defendants. | No. 17-CR-03121-01/02-S-SRB |

## MOTION TO FILE DOCUMENT UNDER SEAL

The United States of America, by Thomas M. Larson, Acting United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, hereby moves the Court for an order sealing the complaints filed in this case on November 9, 2017. The documents in question contains information that is sensitive.

Respectfully submitted,

THOMAS M. LARSON
Acting United States Attorney

By    /s/ *Randall D. Eggert*
       Randall D. Eggert Mo. Bar #39404
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent e-mail notification of such filing to all CM/ECF participants in this case, and I hereby certify that I have mailed by United States Postal Service the foregoing documents to all non-CM/ECF participants in this case.

                    */s/ Randall D. Eggert*
                    Randall D. Eggert
                    Assistant United States Attorney